**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1182**

In re: JAMES RAY CLARK,

          Petitioner.

On Petition for Writ of Mandamus. (5:18-ct-03207-FL)

Submitted: June 25, 2019                         Decided: July 2, 2019

Before KEENAN, QUATTLEBAUM, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

James Ray Clark, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Ray Clark petitions for a writ of mandamus, seeking an order requiring the Defendants to respond to his 42 U.S.C. § 1983 (2012) complaint within a 30-day period. Clark also seeks an order directing the district court to grant him monetary relief. Our review of the district court's docket reveals that the district court, after conducting a frivolity review pursuant to 28 U.S.C. § 1915(e)(2) (2012), dismissed Clark's § 1983 action. In light of the district court's dismissal of Clark's suit, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*